B2100A (Form 2100A) (12/15)

# United States Bankruptcy Court

_____ District Of New Jersey

In re _____,    Case No. 18-31095-MBK
Robert Mirasola

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the
transfer, other than for security, of the claim referenced in this evidence and notice.

MidFirst Bank

Home Point Financial Corporation

_____
Name of Transferee

_____
Name of Transferor

Name and Address where notices to transferee
should be sent:
  MidFirst Bank, Bankruptcy Department
  999 NW Grand Boulevard, #110
  Oklahoma City, OK 73118-6077

Court Claim # (if known):    7-2
Amount of Claim:    $326,953.34
Date Claim Filed:    01/11/2019

Phone: 800-654-4566 _____

Phone: 800-686-2404 _____

Last Four Digits of Acct #: ******3141 _____

Last Four Digits of Acct. #: 8358 _____

Name and Address where transferee payments
should be sent (if different from above):
  MidFirst Bank, Bankruptcy Payments
  999 NW Grand Boulevard, #100
  Oklahoma City, OK 73118-6077

Phone: 800-654-4566 _____
Last Four Digits of Acct #:   ******3141 _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the
best of my knowledge and belief.

By: _____      Date: 04/19/2021 _____
      Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.