| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
### Chapter 13 Case No. 18-31095 / MBK

Robert Mirasola

Petition Filed Date: 10/23/2018
341 Hearing Date: 11/29/2018
Confirmation Date: 01/08/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/06/2021 | $1,000.00 | | 01/22/2021 | $1,000.00 | | 02/25/2021 | $1,000.00 | |
| 04/05/2021 | $1,000.00 | | 05/10/2021 | $1,000.00 | | 06/07/2021 | $1,000.00 | |
| 07/12/2021 | $1,000.00 | | 07/23/2021 | $1,000.00 | | 08/23/2021 | $1,000.00 | |
| 10/13/2021 | $1,000.00 | | 10/21/2021 | $1,000.00 | | 11/22/2021 | $1,000.00 | |
| 12/21/2021 | $1,000.00 | | 01/24/2022 | $1,000.00 | | | | |

**Total Receipts for the Period: $14,000.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $36,664.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Robert Mirasola | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | JOSEPH W COIRO ESQ | Attorney Fees | $1,500.00 | $1,500.00 | $0.00 |
| 1 | INTERNAL REVENUE SERVICE<br>»»  2017 | Priority Crediors | $5,670.15 | $5,670.15 | $0.00 |
| 2 | INTERNAL REVENUE SERVICE | Unsecured Creditors | $313.50 | $65.41 | $248.09 |
| 3 | DISCOVER BANK | Unsecured Creditors | $7,242.37 | $1,566.27 | $5,676.10 |
| 4 | ACURA FINANCIAL SERVICES<br>»»  2016 ACURA TLX/DEF BAL | Unsecured Creditors | $356.98 | $74.48 | $282.50 |
| 5 | ACURA FINANCIAL SERVICES<br>»»  2016 ACURA ILX/LEASE/SV 12/3/19 | Debt Secured by Vehicle | $13.75 | $13.75 | $0.00 |
| 6 | BANK OF AMERICA | Unsecured Creditors | $16,408.37 | $3,548.56 | $12,859.81 |
| 7 | AMERICAN EXPRESS | Unsecured Creditors | $4,755.73 | $1,028.50 | $3,727.23 |
| 8 | Midfirst Bank<br>»»  P/12 MARIGOLD LANE/1ST MTG/HOME POINT | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 9 | CHASE BANK USA, N.A. | Unsecured Creditors | $12,864.09 | $2,782.05 | $10,082.04 |
| 10 | CHASE BANK USA, N.A. | Unsecured Creditors | $10,616.59 | $2,296.00 | $8,320.59 |
| 11 | VERIZON BY AMERICAN INFOSOURCE LP | Unsecured Creditors | $92.09 | $15.00 | $77.09 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  EBAY | Unsecured Creditors | $794.38 | $165.73 | $628.65 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  CAPITAL ONE | Unsecured Creditors | $5,131.07 | $1,109.67 | $4,021.40 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  PC RICHARDS | Unsecured Creditors | $1,083.18 | $234.25 | $848.93 |

**Chapter 13 Case No. 18-31095 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 15 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  AMAZON | Unsecured Creditors | $1,256.41 | $271.72 | $984.69 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  SEARS | Unsecured Creditors | $821.07 | $171.30 | $649.77 |
| 17 | SOFI CONSUMER LOAN PROGRAM 2017-5 TRUST | Unsecured Creditors | $31,309.69 | $6,771.19 | $24,538.50 |
| 18 | LVNV FUNDING LLC<br>»»  SOFI | Unsecured Creditors | $15,753.65 | $3,406.96 | $12,346.69 |
| 19 | LVNV FUNDING LLC<br>»»  COMENITY CAPITAL/SYNCHRONY | Unsecured Creditors | $9,562.56 | $2,068.05 | $7,494.51 |
| 20 | DEPARTMENT STORE NATIONAL BANK<br>»»  MACY'S | Unsecured Creditors<br>No Disbursements: Filed Out of Time | $0.00 | $0.00 | $0.00 |
| 21 | ACURA FINANCIAL SERVICES<br>»»  2016 ACURA ILX/DEF BAL | Unsecured Creditors | $1,554.17 | $336.11 | $1,218.06 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $36,664.00 | Plan Balance: | $23,112.00  ** |
| Paid to Claims: | $33,095.15 | Current Monthly Payment: | $1,000.00 |
| Paid to Trustee: | $2,630.48 | Arrearages: | $3,112.00 |
| Funds on Hand: | $938.37 | Total Plan Base: | $59,776.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

View your case information online for *FREE*!  Register today at www.ndc.org or scan this code to get started.



 **This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.