| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br><br>In Re:<br>ROBERT MIRASOLA | Case No.: __3-18-BK-31095__<br><br>Chapter: _____13_____<br><br>Judge: __MICHAEL B KAPLAN__ |

**CHANGE OF ADDRESS**

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type: _____SOFI LENDING CORP , Creditor_____
(Example: John Smith, creditor)

Old address:  STE 4700 BLDG A
              1 LETTERMAN DR
              SAN FRANCISCO CA 94129-1512

New address:  SOFI LENDING CORP C/O Resurgent Cap
              PO Box 10587
              Greenville SC 29603-0587

New phone no.: (877) 264-5884
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date:  6/7/2022                /s/ Darla Gein
                                Signature

*rev.2/1/16*