UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

In Re:

Robert Mirasola,

Debtor.

Case No.:      18-31095-MBK

Chapter:              13

Hearing Date:     05/10/2023

Judge:            Kaplan

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒  Settled          ☐  Withdrawn

Matter:  Motion for Relief from Stay re: 12 Marigold Lane (Docket # 54)

_____

Date: 05/08/2023                    /s/ Denise Carlon
                                     Signature

*rev.8/1/15*