| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | | |
|---|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>JOSEPH W. COIRO, ESQ. (2461)<br>844 Easton Avenue<br>Somerset, NJ 08873-1824<br>ATTORNEY FOR DEBTOR<br>(732) 249-7300<br>Jwcesq1@aol.com | Case No.:<br><br>Chapter: | 18-31095/MBK<br><br>13 |
| In Re:<br><br>ROBERT MIRASOLA,<br><br>                Debtor | Adv. No.:<br><br>Hearing Date:<br><br>Judge: | Click or tap here to enter text.<br><br>Click or tap here to enter text.<br><br>Michael B. Kaplan |

## CERTIFICATION OF SERVICE

1. I, Joseph W. Coiro, Esq.:

    ☒ represent the Debtor in this matter.

    ☐ am the secretary/paralegal for Click or tap here to enter text., who represents Click or tap here to enter text. in this matter.

    ☐ am the Click or tap here to enter text. in this case and am representing myself.

2. On September 25, 2023, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Certification of Debtor opposing Trustee's Default Certification, and this Certification of Service.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: September 25, 2023                              /s/ Joseph W. Coiro, Esq.
                                                     Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Albert Russo<br>PO Box 4853<br>Trenton, NJ 08650 | Standing Chapter 13 Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Robert Mirasola | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Click or tap here to enter text. | Click or tap here to enter text. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Click or tap here to enter text. | Click or tap here to enter text. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Click or tap here to enter text. | Click or tap here to enter text. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |