**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Robert Mirasola** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–0020 <br> EIN   __–_____ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____ <br> EIN   __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 18–31095–MBK | |

# Order of Discharge                                                                                           12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Robert Mirasola

<u>1/8/24</u>                                                             **By the court:** <u>Michael B. Kaplan</u>
                                                                                                United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Robert Mirasola  
    Debtor

Case No. 18-31095-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 4  
Date Rcvd: Jan 08, 2024      Form ID: 3180W      Total Noticed: 49

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert Mirasola, 12 Marigold Lane, Somerset, NJ 08873-2936 |
| cr | + | HOME POINT FINANCIAL, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| cr | + | HOME POINT FINANCIAL, PHELAN HALLINAN DIAMOND & JONES, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 517830775 | | Bethpage Federal Credit Union, PO Box 660881, Dallas, TX 75266-0881 |
| 517830780 | + | Home Point Financial, PO Box 77404, Trenton, NJ 08628-6404 |
| 517835655 | + | Home Point Financial Corporation, c/o D. Anthony Sottile, Authorized Agent, 394 Wards Corner Road, Suite 180, Loveland, OH 45140-8362 |
| 517830784 | | Macy's American Express, PO Box 901108, Louisville, KY 40290-1108 |
| 517830787 | | SoFi Lending Corp, PO Box 564158, Dallas, TX 75265-4158 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 08 2024 21:18:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 08 2024 21:18:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: ebnbankruptcy@ahm.honda.com | Jan 08 2024 21:18:00 | American Honda Finance Corporation, dba Acura Fina, P.O. Box 168088, Irving, TX 75016-8088 |
| cr | + | Email/Text: RASEBN@raslg.com | Jan 08 2024 21:16:00 | Home Point Financial, Robertson, Anschutz, Schneid, Crane & Pa, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 517854738 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jan 08 2024 21:18:00 | Acura Financial Services, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 517830771 | + | Email/Text: ebnbankruptcy@ahm.honda.com | Jan 08 2024 21:18:00 | Acura Financial Services, PO Box 7003, Holyoke, MA 01041-7003 |
| 517830772 | + | Email/PDF: bncnotices@becket-lee.com | Jan 08 2024 21:14:35 | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 517894667 | | Email/PDF: bncnotices@becket-lee.com | Jan 08 2024 22:49:41 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517830773 | | EDI: BANKAMER | Jan 09 2024 01:46:00 | Bank of America, PO Box 15019, Wilmington, DE 19886-5019 |
| 517862918 | + | EDI: BANKAMER2 | Jan 09 2024 01:46:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 517830774 | | EDI: CITICORP | Jan 09 2024 01:46:00 | Best Buy Credit Services, PO Box 9001007, Louisville, KY 40290-1007 |
| 517830776 | | EDI: CAPITALONE.COM | Jan 09 2024 01:46:00 | Capital One, NA, PO Box 71087, Charlotte, NC |

Case 18-31095-MBK    Doc 74    Filed 01/10/24    Entered 01/11/24 00:16:07    Desc Imaged
                        Certificate of Notice    Page 4 of 6

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 08, 2024 | Form ID: 3180W | Total Noticed: 49 |

| | | | | |
|---|---|---|---|---|
| | | | | 28272-1087 |
| 517910512 | + | Email/Text: RASEBN@raslg.com | Jan 08 2024 21:16:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 517830783 | | EDI: CITICORP | Jan 09 2024 01:46:00 | Macy's, PO Box 78008, Phoenix, AZ 85062-8008 |
| 517950812 | | EDI: Q3G.COM | Jan 09 2024 01:46:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 517830778 | | EDI: DISCOVER | Jan 09 2024 01:46:00 | Discover, PO Box 71084, Charlotte, NC 28272-1084 |
| 517843779 | | EDI: DISCOVER | Jan 09 2024 01:46:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517830779 | | EDI: SYNC | Jan 09 2024 01:46:00 | Ebay Mastercard, PO Box 960080, Orlando, FL 32896-0080 |
| 517965227 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 08 2024 21:17:00 | HOME POINT FINANCIAL CORPORATION, HOME POINT FINANCIAL CORPORATION, 11511 LUNA ROAD, SUITE 300, FARMERS BRANCH TX 75234-6451 |
| 517830781 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 08 2024 21:17:00 | Home Point Financial Corporation, ATTN:, Customer Service, 11511 Luna Raod, Suite 200, Dallas, TX 75234-6451 |
| 517910322 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 08 2024 21:17:00 | Home Point Financial Corporation, 11511 Luna Road, Suite 300, Farmers Branch, TX 75234-6451 |
| 517856547 | + | EDI: IRS.COM | Jan 09 2024 01:46:00 | IRS, POB 7346, Philadelphia, PA 19101-7346 |
| 517830777 | | EDI: JPMORGANCHASE | Jan 09 2024 01:46:00 | Chase Cardmember Service, PO Box 1423, Charlotte, NC 28201-1423 |
| 518578915 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 08 2024 21:13:18 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 518578914 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 08 2024 21:30:19 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 519187385 | + | EDI: AISMIDFIRST | Jan 09 2024 01:46:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6077, MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 519187384 | + | EDI: AISMIDFIRST | Jan 09 2024 01:46:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 517946509 | | EDI: PRA.COM | Jan 09 2024 01:46:00 | Portfolio Recovery Associates, LLC, c/o Amazon.com Store Card, POB 41067, Norfolk VA 23541 |
| 517936273 | | EDI: PRA.COM | Jan 09 2024 01:46:00 | Portfolio Recovery Associates, LLC, c/o Ebay Mastercard, POB 41067, Norfolk VA 23541 |
| 517936282 | | EDI: PRA.COM | Jan 09 2024 01:46:00 | Portfolio Recovery Associates, LLC, c/o GM, POB 41067, Norfolk VA 23541 |
| 517946492 | | EDI: PRA.COM | Jan 09 2024 01:46:00 | Portfolio Recovery Associates, LLC, c/o Pc Richards, POB 41067, Norfolk VA 23541 |
| 517946541 | | EDI: PRA.COM | Jan 09 2024 01:46:00 | Portfolio Recovery Associates, LLC, c/o Sears Mastercard, POB 41067, Norfolk VA 23541 |
| 517830785 | | EDI: SYNC | Jan 09 2024 01:46:00 | Pay Pal Credit, PO Box 71202, Charlotte, NC 28272-1202 |
| 517949534 | + | Email/Text: bncmail@w-legal.com | Jan 08 2024 21:18:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 98121-3132 |
| 517830786 | | EDI: CITICORP | Jan 09 2024 01:46:00 | Sears Credit Cards, PO Box 78051, Phoenix, AZ 85062-8051 |
| 517948915 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 08 2024 21:13:58 | SoFi Lending Corp, PO Box 10587, Greenville, SC 29603-0587 |
| 518529064 | + | EDI: SYNC | Jan 09 2024 01:46:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 517830788 | | EDI: SYNC | Jan 09 2024 01:46:00 | Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 517832787 | + | EDI: SYNC | Jan 09 2024 01:46:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517935550 | + | EDI: AIS.COM | Jan 09 2024 01:46:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517830789 | + | Email/Text: bkfilings@zwickerpc.com | Jan 08 2024 21:19:00 | Zwicker & Assc., PO Box 9013, Andover, MA 01810-0913 |

TOTAL: 41

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517830782 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, PO Box 9019, Holtsville, NY 11742-9019 |
| 518327410 | * | IRS, POB 7346, Philadelphia, PA 19101-7346 |
| 517948916 | * | SoFi Lending Corp, PO Box 10587, Greenville, SC 29603-0587 |
| 517830790 | *+ | Zwicker & Assc., PO Box 9013, Andover, MA 01810-0913 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 10, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 8, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | |

| | |
|---|---|
| | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor Home Point Financial hkaplan@rasnj.com kimwilson@raslg.com |
| John R. Morton, Jr. | on behalf of Creditor American Honda Finance Corporation dba Acura Financial Services, administrator for Honda Lease Trust ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Joseph W. Coiro | on behalf of Debtor Robert Mirasola jwcesq1@aol.com debbie@marianocoiro.com |
| Nicholas V. Rogers | on behalf of Creditor HOME POINT FINANCIAL nj.bkecf@fedphe.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8